**No. 60434.**—Central Vermont Railway, Inc., et al. *v.* United States, protests 171535–K, etc. (St. Albans).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of beef or veal similar in all material respects to that the

subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiffs was sustained.